Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' & CONTRACTORS TRAINING PROGRAM, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, ILLINOIS VALLEY LABOR MANAGEMENT, LABORERS-EMPLOYERS COOPERATION & EDUCATION TRUST, LABORERS' LOCAL 165, LABORERS' LOCAL 165 BUILDING FUND, NORTH CENTRAL ILLINOIS LABORERS HEALTH & WELFARE FUND, LABORERS' OF ILLINOIS VACATION FUND, LABORERS LOCAL 393, ILLINOIS LABORERS' LEGISLATIVE COMMITTEE AND MIDWEST REGION ORGANIZING COMMITTEE, <br><br> Plaintiffs, <br><br> v. <br><br> DURDEL & SONS LANDSCAPING & TREE SERVICE, INC., <br><br> Defendant. | No. 20-cv-3182 |

FILED
JUL 3 0 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs recover from Defendant the amount of $10,120.58, compromised of delinquent contributions of $4,108.89, liquidated damages of $410.89, audit costs of $1,131.25, reasonable attorney's fees of $3,925.75, and costs of $543.80.

**Dated:** 7/30/21

s/ Sam

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge